In the Matter of the Application of N. S. BEAN, as Receiver of the FIRST NATIONAL BANK OF WARREN, MASSACHUSETTS, Respondent, against FRANCIS R. STODDARD, JR., Individually, and as Superintendent of Insurance of the State of New York, Appellant, Impleaded with Another.

*Appeal — discretionary orders — appeal to Court of Appeals dismissed.*

*Matter of Bean* v. *Stoddard*, 207 App. Div. 276, appeal dismissed. (Argued March 31, 1924; decided April 15, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 21, 1923, which dismissed an appeal from an order of Special Term granting a motion for permission to commence an action and modified and affirmed as modified an order denying a motion to vacate said order.

*Carl Sherman, Attorney-General* (*Clarence C. Fowler, Clarence W. Roberts, William H. Galentine* and *Michael J. Montesano* of counsel) for appellant.

*Evan Hollister* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.